# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

   Plaintiff,

v.                                                             Case No: 5:16-cv-172-Oc-30PRL

5.357 ACRES OF LAND IN LAKE
COUNTY FLORIDA, EDWARD
HYATT, HAROLD HYATT, KENNETH
HYATT, WANDA FAYE CASTLE,
MARILEE KUYKENDALL and
UNKNOWN OWNERS,

   Defendants.

## ORDER

THIS CAUSE comes before the Court upon Defendant Edward Hyatt's Unopposed Motion to Disburse Funds from the Court Registry (Dkt. #37). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant Edward Hyatt's Unopposed Motion to Disburse Funds from the Court Registry (Dkt. #37) is GRANTED.

2. The Clerk of Court is ordered to disburse the principal amount of One Hundred Forty Thousand dollars ($140,000.00) deposited into the Court registry, along with any interest accrued, to the Manson Bolves Donaldson Trust Account. The check should be made payable to the Manson Bolves Donaldson Trust and mailed to Manson

Bolves Donaldson Varn, P.A. c/o Denise Rodriguez, 1101 W. Swann Avenue, Tampa, Florida 33606.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of September, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Finance Department – Orlando

S:\OCALA\2016\16-cv-172 disburse 37.docx

2