UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

   Plaintiff,

v.                                      Case No: 5:16-cv-172-Oc-30PRL

5.357 ACRES OF LAND IN LAKE
COUNTY FLORIDA, EDWARD
HYATT, HAROLD HYATT, KENNETH
HYATT, WANDA FAYE CASTLE,
MARILEE KUYKENDALL and
UNKNOWN OWNERS,

   Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal Without Prejudice (Dkt. #40). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of October, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record